# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Martin Dale Borst          BK NO. 24-01589 MJC

Debtor(s)

Chapter 13

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

     Kindly enter my appearance on behalf of Wilmington Savings Fund Society, FSB, not in its individual capacity, but solely as Legal Title Trustee for BCAT 2019-22TT and index same on the master mailing list.

                                    Respectfully submitted,

/s/ Brent J. Lemon
PA Middle BK
01 Jul 2024, 15:08:01, EDT

                 KML Law Group, P.C.
                 BNY Mellon Independence Center
                 701 Market Street, Suite 5000
                 Philadelphia, PA  19106
                 215-627-1322