# Notice Recipients

District/Off: 0314–5     User: AutoDocketer     Date Created: 7/17/2024
Case: 5:24–bk–01589–MJC     Form ID: ordsmiss     Total: 4

**Recipients of Notice of Electronic Filing:**
ust     United States Trustee     ustpregion03.ha.ecf@usdoj.gov
tr     Jack N Zaharopoulos     info@pamd13trustee.com
aty     Brent J Lemon     blemon@kmllawgroup.com

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Martin Dale Borst     52 Robin Cir     Wysox, PA 18854

TOTAL: 1

Case 5:24-bk-01589-MJC    Doc 13-1    Filed 07/17/24    Entered 07/17/24 09:25:36    Desc
Order Dismissing: Notice Recipients     Page 1 of 1